THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, *v.* MICHAEL J. COMERFORD et al., Respondents.

(Argued April 30, 1935; decided May 21, 1935.)

*Solon Weit* and *Morris Aarons* for appellant.
*George C. Gaffney* for respondents.

Judgments reversed and judgment directed for the plaintiff in accordance with the prayer of the complaint, with costs in all courts, on authority of *Axelroad* v. *Metropolitan Life Ins. Co.* (267 N. Y.437). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN and LOUGHRAN, JJ. Dissenting: HUBBS, CROUCH and FINCH, JJ.